UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

*In re*

TC LIQUIDATIONS LLC, *et al.*,

Debtors.

Case Nos.: 03-81231-dte
03-82765-dte
03-84721-dte
03-84723-dte
03-84722-dte

(Substantively consolidated)

Chapter 7

------------------------------------------------------------x

ROBERT L. PRYOR, Chapter 7 Trustee of the bankruptcy estate of TC Liquidations, LLC, *et al.*,

Plaintiff,

-against-

STEVE TIFFEN,

Defendant.

Adv. Pro. No.: 05-8682-dte

------------------------------------------------------------x

ROBERT L. PRYOR, Chapter 7 Trustee of the bankruptcy estate of TC Liquidations, LLC, *et al.*,

Plaintiff,

- against -

IRA TIFFEN,

Defendant.

Adv. Pro. No.: 05-8683-dte

------------------------------------------------------------x

ROBERT L. PRYOR, Chapter 7 Trustee of the bankruptcy estate of TC Liquidations, LLC, *et al.*

Plaintiff,

-against-

BARBARA MENDELSON,

Adv. Pro. No.: 05-8684-dte

Defendant.

--------------------------------------------------------------x

ROBERT L. PRYOR, Chapter 7 Trustee of the bankruptcy estate of TC Liquidations, LLC, *et al.*,

Adv. Pro. No.: 05-8685-dte

Plaintiff,

-against-

JEFFREY COHEN AND SANDRA COHEN,

Defendants.

--------------------------------------------------------------x

**ORDER**

Pursuant to the Court's Memorandum Decision dated December 6, 2011, it is hereby

**ORDERED,** that Trustee's First, Second, Third, Fourth, Fifth, and Sixth Causes of Action are granted with respect to the Tax Dividends, and are denied with respect to the Saunders Loan Dividends and Salary Increases (as defined in the Memorandum Decision); and it is further

**ORDERED,** that Trustee's Seventh Cause of Action is denied; and it is further

**ORDERED,** that the Defendants' are liable to the Debtors' estate, with interest thereon, as follows: (a) Steven Tiffen: $205,000.00; (b) Ira Tiffen: $169,760.58; (c) Sandra Cohen: $313,244.00; and (d) Barbara Mendelson: $31,100.00.

**Dated: Central Islip, New York**
**December 6, 2011**

Dorothy Eisenberg

**Dorothy Eisenberg**
**United States Bankruptcy Judge**