LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500
David A. Blansky, Esq.
Gary F. Herbst, Esq.

**Settlement Date: December 16, 2011 at 10:00 a.m.**
**Objection Date: December 13, 2011 at 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re: Chapter 7

TC LIQUIDATIONS, LLC., et al.,

Case Nos. 803-81231-478 (DTE)
803-82765-478 (DTE)
803-84721-478 (DTE)
803-84723-478 (DTE)
803-84722-478 (DTE)
(Substantively Consolidated)

Debtors.

---------------------------------------------------------x

ROBERT L. PRYOR, Chapter 7 Trustee
of the bankruptcy estate of
TC Liquidations, LLC, et al.

Adv. Pro. No.: 05-8685 (DTE)

Plaintiff,

-against-

JEFFREY COHEN AND SANDRA COHEN,

**NOTICE OF SETTLEMENT**

Defendants.

---------------------------------------------------------x

**PLEASE TAKE NOTICE**, that a Judgment, a true copy of which is annexed hereto, will be presented for settlement to the Honorable Dorothy T. Eisenberg, United States Bankruptcy Judge, in her Chambers at the United States Bankruptcy Court, Eastern District of New York, Long Island Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722, on December 16, 2011 at 10:00 a.m. (the "Settlement Date").

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Bankruptcy Rule 9006, and E.D.N.Y. LBR 9006-1 and 9072-1, counter-judgments, if any, must be filed with the Clerk of the Court and served upon the undersigned so as to be actually received at least three (3) days prior to the Settlement Date, and if no counter-judgment is timely filed and served in accordance herewith, the within Judgment may be signed without further notice.

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to E.D.N.Y. LBR 9072-1, counter-judgments, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically in accordance with General Order 473 (General Order 473 and the User's Manual for the Electronic Case Filing System can be found at www.nyeb.uscourts.gov, the official Web-site of the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-based word-processing format (with a hard-copy delivered directly to the Chambers of Hon. Dorothy Eisenberg, at the above address), and must be served, in accordance with General Order 473, upon LaMonica Herbst & Maniscalco, LLP, special counsel to the Plaintiff, 3305 Jerusalem Avenue, Wantagh, New York 11793, Attn: David A. Blansky, Esq.

Dated: Westbury, New York
December 8, 2011

**LaMonica Herbst & Maniscalco, LLP**
Special Counsel to Robert L. Pryor, Esq.,
the Chapter 7 Trustee and Plaintiff

By: *s/ David A. Blansky*
David A. Blansky,Esq.
A Partner of the Firm
3305 Jerusalem Avenue
Wantagh, New York 11793
(516) 826-6500

TO: Chadbourne & Parke LLP
Attorneys for Defendants
30 Rockefeller Plaza
New York, New York 10112
Attn: Scott S. Balber, Esq.



*M:\Documents\Company\Cases\Tiffen Company\nos of judgment.wpd*

Ruskin Moscou Faltischek
Attorneys for Defendants
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556
Attn.: Harold S Berzow, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------x

In re: Chapter 7

TC LIQUIDATIONS, LLC., et al.,

Case Nos. 803-81231-478 (DTE)
803-82765-478 (DTE)
803-84721-478 (DTE)
803-84723-478 (DTE)
803-84722-478 (DTE)
(Substantively Consolidated)

Debtors.

--------------------------------------------------------x

ROBERT L. PRYOR, Chapter 7 Trustee
of the bankruptcy estate of
TC Liquidations, LLC, et al.

Adv. Pro. No.: 05-8685 (DTE)

Plaintiff,

-against-

JEFFREY COHEN AND SANDRA COHEN,

Defendants.

--------------------------------------------------------x

**JUDGMENT**

**UPON** the trial of the above-captioned adversary proceeding, the record of which is incorporated herein by reference, and the Court having issued a Memorandum Decision, dated December 6, 2011; and upon the Order of the Court, entered December 6, 2011, in the above-captioned adversary proceeding, finding Defendant, Sandra Cohen ("Defendant") liable to the bankruptcy estate of TC Liquidations LLC ("Debtor") in the amount of $313,244.00, "with interest thereon"; and upon the Notice of Settlement, dated December 8, 2011, and proposed Judgment, submitted by Robert L. Pryor, Esq., the trustee in the above-captioned substantively consolidated Chapter 7 cases and the Plaintiff in the above-captioned adversary proceeding, by his special counsel,

LaMonica Herbst & Maniscalco, LLP, and upon the Affidavit of Service of the Plaintiff's Notice of Settlement and proposed Judgment; and such service having been found good and sufficient; and upon the Notice of Counter-Judgment and proposed Counter Judgment submitted by the Defendants, by their attorneys, Chadbourne & Parke LLP; it is hereby

**ORDERED, ADJUDGED AND DECREED,** that, pursuant to 11 U.S.C. §§ 544(b) and New York Debtor and Creditor Law §§ 273, 274, and 275, and 11 U.S.C. § 548(a)(1)(A), Plaintiff, Robert L. Pryor, Esq., as Chapter 7 trustee of the bankruptcy estate of TC Liquidations LLC, have judgment against Defendant, Sandra Cohen, on the First, Second, Third, and Fifth Causes of Action, avoiding certain pre-petition Tax Dividends proved at trial in the amount of $146,500.00; and it is further

**ORDERED, ADJUDGED AND DECREED,** that, pursuant to 11 U.S.C. § 550(a)(1), Plaintiff, Robert L. Pryor, Esq., as Chapter 7 trustee of the bankruptcy estate of TC Liquidations LLC, have judgment against Defendant, Sandra Cohen, on the First, Second, Third, and Fifth Causes of Action, in the amount of $146,500.00, together with interest thereon in the amount of $127,153.80, calculated at the rate of nine percent (9%) per annum from the date of each avoided transfer made by Debtors to Defendant Sandra Cohen, pursuant to the schedule annexed hereto, for a total of $273,653.80; and it is further

**ORDERED, ADJUDGED AND DECREED,** that, pursuant to 11 U.S.C. § 544(b) and New York common law, Plaintiff, Robert L. Pryor, Esq., as Chapter 7 trustee of the bankruptcy estate of TC Liquidations LLC, have judgment against Defendant, Sandra Cohen, on the Fourth Cause of Action, in the amount of $313,244.00, together with interest thereon in the amount of $275,537.48,

calculated at the rate of nine percent (9%) per annum from the date of each avoided transfer made by Debtors to Defendant, Sandra Cohen, pursuant to the scheduled annexed hereto, for a total of $588,781.48; and it is further

**ORDERED, ADJUDGED AND DECREED,** that, pursuant to 11 U.S.C. § 548(a)(1)(A), Plaintiff, Robert L. Pryor, Esq., as Chapter 7 trustee of the bankruptcy estate of TC Liquidations LLC, have judgment against Defendant, Sandra Cohen, on the Sixth Cause of Action, avoiding certain pre-petition Tax Dividends proved at trial in the amount of $146,500.00; and it is further

**ORDERED, ADJUDGED AND DECREED,** that, pursuant to 11 U.S.C. § 550(a)(1), Plaintiff, Robert L. Pryor, Esq., as Chapter 7 trustee of the bankruptcy estate of TC Liquidations LLC, have judgment against Defendant, Sandra Cohen, on the Sixth Cause of Action, in the amount of $313,244.00, together with interest thereon in the amount of $275,537.48, calculated at the rate of nine percent (9%) per annum from the date of each avoided transfer made by Debtors to Defendant, pursuant to the scheduled annexed hereto, for a total of $588,781.48; and it is further

**ORDERED, ADJUDGED AND DECREED,** that Defendant, Sandra Cohen, have judgment dismissing the Seventh Cause of Action; and, it is further

**ORDERED, ADJUDGED AND DECREED**, that Defendant, Jeffrey Cohen, have judgment dismissing the First through Seventh Causes of Action as against him.

## Schedule A

### *Interest Calculation on Sandra Cohen Tax Dividends*

*(*using the 9% per annum rate of interest set forth in New York Civil Practice Law and Rules § 5004)*

| Transfer Date | Order Date | No of Days Between | Daily Interest %* | Transfer Amount | Daily Interest Amount | Int from Transfer to Order Date | Total of Transfer & Interest |
|---|---|---|---|---|---|---|---|
| 1/17/2002 | 12/6/2011 | 3609 | 0.000246575 | $166,744.00 | $41.11 | $148,383.68 | $315,127.68 |
| 4/16/2002 | 12/6/2011 | 3520 | 0.000246575 | $146,500.00 | $36.12 | $127,153.80 | $273,653.80 |
| | | | | $313,244.00 | | $275,537.48 | $588,781.48 |