UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re: Chapter 7

TC LIQUIDATIONS, LLC., et al.,

Debtors.

Case Nos. 803-81231-478 (DTE)
803-82765-478 (DTE)
803-84721-478 (DTE)
803-84723-478 (DTE)
803-84722-478 (DTE)
(Substantively Consolidated)

---

ROBERT L. PRYOR, Chapter 7 Trustee
of the bankruptcy estate of
TC Liquidations, LLC, et al.

Plaintiff,

-against-

STEVE TIFFEN,

Defendant.

Adv. Pro. No.: 05-8682 (DTE)

---

ROBERT L. PRYOR, Chapter 7 Trustee
of the bankruptcy estate of
TC Liquidations, LLC, et al.

Plaintiff,

-against-

IRA TIFFEN,

Defendant.

Adv. Pro. No. 05-8683 (DTE)

---

ROBERT L. PRYOR, Chapter 7 Trustee
of the bankruptcy estate of
TC Liquidations, LLC, et al.

Plaintiff,

-against-

BARBARA MENDELSOHN,

Defendant.

Adv. Pro. No. 05-8684 (DTE)

---

ROBERT L. PRYOR, Chapter 7 Trustee
of the bankruptcy estate of
TC Liquidations, LLC, et al.

Plaintiff,

-against-

JEFFREY COHEN AND SANDRA COHEN,

Defendants.

Adv. Pro. No. 05-8685 (DTE)

---

**STIPULATION DISCONTINUING ADVERSARY PROCEEDINGS**

Robert L. Pryor, as Chapter 7 Trustee of the estate of TC Liquidations, LLC, et al., and the Defendants herein, hereby stipulate and agree that the above-captioned adversary proceedings are discontinued with prejudice

and without costs to any party. The Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
May 9, 2012

By: ***s/A. Scott Mandelup***
A. Scott Mandelup, Esq.
PRYOR & MANDELUP LLP
675 Old Country Road
Westbury, New York 11590
(516) 997-0999

By: ***s/Scott S. Balber***
Scott S. Balber, Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10012
(212) 408-5100

*Attorneys for Defendants*
*Steve Tiffen, Ira Tiffen*
*Barbara Mendelson, Jeffrey Cohen*
*and Sandra Cohen*

By: ***s/David A. Blansky***
David A. Blansky, Esq.
LAMONICA HERBST & MANISCALCO, LLP
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500

*Attorneys for Plaintiff Robert L. Pryor, Trustee*
*for the Bankruptcy Estate of The Tiffen Company, LLC, et. al.*

SO ORDERED.

**Dated: Central Islip, New York**
**May 15, 2012**

Dorothy Eisenberg

**Dorothy Eisenberg**
**United States Bankruptcy Judge**